AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| LODGED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 6/18/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: MMC  DEPUTY |

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| June 18, 2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: CLD  DEPUTY |

United States of America

v.

DANIELLE SHANTANAE IMIH EKANEM,

Defendant.

Case No. 2:25-MJ-03733-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 17, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 111(a)(1) | Assault on a Person Assisting a Federal Employee |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
Complainant's signature

Ryan J. Angeles, FPS Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 18, 2025

_____
*Judge's signature*

City and state: Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
*Printed name and title*

AUSA: Matthew Tang (x0470)

**AFFIDAVIT**

I, Ryan J. Angeles, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Danielle Shantanae Imih Ekanem ("EKANEM") for a violation of 18 U.S.C. § 111(a)(1): Assault on a Person Assisting a Federal Employee.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF RYAN J. ANGELES

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2021. From 2014 to July 2021, I was an FPS uniformed law enforcement officer. In that position, I conducted various preliminary investigations including assault on federal officials and employees. I also conducted training as a Defensive Tactics Instructor on the use of force and tactics of a law enforcement

officer. As part of my official duties as a SA, I investigate crimes against the United States that originate on United States government property, including assault on federal officials and employees.

4. I have completed two basic training courses at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes including assault on federal officials and employees.

### III. STATEMENT OF PROBABLE CAUSE

5. Based on my review of video surveillance footage, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

   a. On or about June 17, 2025, at approximately 12:30 p.m., EKANEM arrived outside of a Social Security Administration ("SSA") building in the Watts neighborhood of Los Angeles, California.

   b. At the time, Protective Security Officers V.M. and R.N. were manning tables set up outside of the entrance to the building so that they could screen members of the public before they entered the building. V.M. and R.N. were employed by Paragon Systems and assisting employees of the SSA.

   c. EKANEM was trying to enter the building and became frustrated with the screening process. She began yelling at the officers and then sat down on one of the tables and refused to get off.

    d.  V.M. and R.N. attempted to remove EKANEM from the table, and during the ensuing struggle, R.N. suffered lacerations to his left thumb, left hand, and right bicep.

    e.  V.M. and R.N. eventually handcuffed EKANEM and brought EKANEM into a room in the SSA building.

    f.  EKANEM continued to resist V.M., and while V.M. was attempting to maintain control of EKANEM, EKANEM decided to forcibly pull away from him.

    g.  During a brief struggle, EKANEM spit in V.M.'s face. Video footage captures V.M. attempting to wipe the spit off his face immediately afterwards.

## IV. CONCLUSION

6.  For all of the reasons described above, there is probable cause to believe that Danielle Shantanae Imih Ekanem has committed a violation of 18 U.S.C. § 111(a)(1): Assault on a Person Assisting a Federal Employee.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 18th day of
June, 2025.

_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3