## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 25-00534 DSF | Date | October 6, 2025 |
|---|---|---|---|

| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Patricia Kim | Miranda Algorri | Lauren E. Border |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Danielle Shantanae Imih Ekanem | √ | | √ | Kathryn Rosenfeld, DFPD | √ | √ | |

**Proceedings:**   STATUS CONFERENCE (Held and Continued)

The matter is called and counsel state their appearances. For the reasons stated on the record, the status conference is continued to January 26, 2026 at 8:30 a.m.